36 A.3d 1096

Miguel ALICEA, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 114 EM 2011.

Supreme Court of Pennsylvania.

Feb. 2, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.

36 A.3d 1096

Edward GOODMAN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 112 EM 2011.

Supreme Court of Pennsylvania.

Feb. 2, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED.** To the

extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.

36 A.3d 1097

**Jeffrey GIDDINGS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 109 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 2, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.